1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

11

12

13

14

| UNITED STATES OF AMERICA, | CASE NO. 2:92-CR-00371-MJP |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR RELIEF FROM FINANCIAL OBLIGATION |
| v. | |
| WILEY BAXTER GOLDEN, | |
| Defendant. | |

15

16   The Court, having received and reviewed:

17   1.  Defendant's Motion for Relief from Financial Obligation (Dkt. No. 43)

18   2.  United States' Response to Defendant's Motion (Dkt. No. 46)

19   and all attached declarations and exhibits, makes the following ruling:

20   IT IS ORDERED that the motion is DENIED.

21   The Court does not believe it has the jurisdictional authority to modify a restitution order

22   contained in a final judgment.  "It would be simply irrational to conclude that a district court has

23   the authority to remit restitution orders that Congress has said must be mandatorily imposed:

24

1  such authority would nullify the force and effect of the [Mandatory Victims Restitution Act].

2  U.S. v. Roper, 462 F.3d 336, 338 (4th Cir. 2006).

3

4      The clerk is ordered to provide copies of this order to Defendant and counsel.

5      Dated March 15, 2011.

6

7

8      _____
       Marsha J. Pechman
9      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER ON MOTION FOR RELIEF FROM
FINANCIAL OBLIGATION- 2